United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHNNY RAY WOLFENBARGER,

Defendant.

Case No. 16-CR-00519-LHK-1

**VERDICT FORM**

Dated: August 11, 2021

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No. 16-CR-00519-LHK-1
VERDICT FORM

## COUNT ONE

1.  We, the Jury, unanimously find the defendant, Johnny Ray Wolfenbarger,

GUILTY          NOT GUILTY

_____          _____

(place an X on the appropriate line)

of Attempted Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e), as charged in Count One of the superseding indictment.

## COUNT TWO

2.  We, the Jury, unanimously find the defendant, Johnny Ray Wolfenbarger,

GUILTY          NOT GUILTY

_____          _____

(place an X on the appropriate line)

of Attempted Coercion and Enticement of Minors, in violation of Title 18, United States Code, Section 2422(b), as charged in Count Two of the superseding indictment.

## COUNT THREE

3.  We, the Jury, unanimously find the defendant, Johnny Ray Wolfenbarger,

GUILTY          NOT GUILTY

_____          _____

(place an X on the appropriate line)

of Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), as charged in Count Three of the superseding indictment.

\*          \*          \*

Case No. 16-CR-00519-LHK-1
VERDICT FORM

When this form is completed, the jury foreperson should date and sign it and advise the Court that you have reached a verdict.

Dated: _____          _____

                                         FOREPERSON

Case No. 16-CR-00519-LHK-1
VERDICT FORM